HONORABLE JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TROY CLINTON VAN SICKLE, Defendant. | NO. CR18-250 JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO CONTINUE |

THE COURT has considered Defendant's unopposed motion for a continuance of the trial and pretrial motions dates, and the Government's response. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

THE COURT further finds that the period of time from the current trial date of January 7, 2019, until the new trial date of no earlier than April 1, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to April 8, 2019 at 9:00 am, and that and pretrial motions shall be filed no later than February 28, 2019.

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE - 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*2707 Colby Avenue, Suite 901*
*Everett, WA 98201*
*(425) 339-2383*

DONE this 26th day of November, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE - 2