UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-250JLR |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| TROY CLINTON VAN SICKLE, | |
| Defendant. | |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following Protective Order.

The discovery to be provided by the government in (1) Disc 8 and (2) Disc 11, file no. AT&T_023597 to 023710, is deemed Protected Material, which is subject to the following terms and conditions:

a. The materials produced by the government may be used by the defendant, defense counsel and any employees or agents of defense counsel solely in the defense of this case.

b. While defense counsel is present, defense counsel may show the material produced by the government to (1) the defendant and (2) persons who are interviewed as potential witnesses.

Protective Order - 1
US v. Van Sickle /CR18-250JLR

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    c. Defense counsel may leave the originals with, or provide copies of discovery to, (1) any staff, including investigators and administrative assistants, who are assisting the defense; and (2) potential experts. When providing copies to an authorized person, defense counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order. In the event copies are made, moreover, the copies shall be treated in the same manner as the original material.

   d. Defense counsel will not provide copies to (1) the defendant or (2) persons who are interviewed as potential witnesses.

   e. At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel will either shred/delete or return to the United States Attorney's Office all copies of (1) Disc 8 and (2) Disc 11, file no. AT&T_023597 to 023710.

   Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision herein.

   DATED this 20th day of December, 2018.

   JAMES L. ROBART
   United States District Judge

Presented by:

*s/Arlen R. Storm*
ARLEN R. STORM
Assistant United States Attorney

Protective Order - 2
US v. Van Sickle /CR18-250JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800