HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-250 JLR |
|---|---|
| Plaintiff, v. | ~~(PROPOSED)~~ ORDER GRANTING SECOND MOTION TO CONTINUE |
| **TROY CLINTON VAN SICKLE,** | |
| Defendant. | |

*JLR*

THE COURT has considered Defendant's unopposed motion for a continuance of the trial and pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

THE COURT further finds that the period of time from the current trial date of April 8, 2019, until the new trial date of August 9, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

//

//

//

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE - 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*2707 Colby Avenue, Suite 901*
*Everett, WA 98201*
*(425) 339-2383*

IT IS THEREFORE ORDERED that the trial date in this matter is continued to August 9, 2019 at 1:00 p.m., and that and pretrial motions shall be filed no later than July 11, 2019.

DONE this 4th day of January, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE - 2