# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY CLINTON VAN SICKLE,<br><br>Defendant. | CASE NO. CR18-0250JLR<br><br>ORDER |

This matter comes before the court *sua sponte*. Due to a conflict in the court's schedule, the court is adjusting the trial date in this matter from Friday, August 9, 2019, to Monday, August 12, 2019 at 9:00 a.m.

Dated this 7th day of March, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 1