The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY CLINTON VAN SICKLE, <br><br> Defendant. | NO. CR18-0250JLR <br><br> PROTECTIVE ORDER |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following Protective Order.

The discovery to be provided by the government in the form of images of UC-1's laptop computer and LG 9200 cell phone, is deemed Protected Material, which is subject to the following terms and conditions:

a. The images produced by the government, and any and all derivatives of the images, such as copies of the images and printouts of the contents (the images and derivatives are hereinafter referred to generically as "the materials"), may be used by the defendant, defense counsel and any employees or agents of defense counsel solely in the defense of this case.

Protective Order - 1
*US v. Van Sickle* /CR18-250JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

      b. While defense counsel is present, defense counsel may show the materials produced by the government to (1) the defendant and (2) persons who are interviewed as potential witnesses.

      c. Defense counsel may leave the materials with (1) any staff, including investigators and administrative assistants, who are assisting the defense; and (2) potential experts. When providing the materials to an authorized person, defense counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

      d. Defense counsel will not provide the materials to (1) the defendant or (2) persons who are interviewed as potential witnesses.

      e. At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel will either delete/shred or return to the United States Attorney's Office all of the materials referenced above.

      Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision herein.

      DATED this 12th day of April, 2019.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/ Arlen R. Storm*
ARLEN R. STORM
Assistant United States Attorney

Protective Order - 2
*US v. Van Sickle* /CR18-250JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800