The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TROY CLINTON VAN SICKLE,

Defendant.

Case No. 2:18-CR-00250-JLR-1

[PROPOSED] ORDER TO FILE
UNDER SEAL

Based upon the foregoing motion to file under seal, and for good cause shown, IT

IS HEREBY ORDERED that an unredacted copy of Defendant Troy Clinton Van Sickle's

Motion for Termination of Supervised Release shall be filed under seal.

IT IS SO ORDERED.

Dated this 5 day of June, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jay A. Nelson
JAY A. NELSON

Attorney for Troy Clinton Van Sickle

[PROPOSED] ORDER TO FILE UNDER SEAL
Case No. 2:18-CR-00250-JLR-1
Page - 1